UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF CONSUMER FINANCE PROTECTION<br>*also known as*<br>*Consumer Finance Protection Bureau*,<br><br>Defendant. | Case No.  1:26-cv-02017-KES-FRS (SAB)<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>(ECF No. 2) |

Plaintiff Steven Quinn Singleton ("Plaintiff"), proceeding pro se, filed this action on March 13, 2026.  (ECF No. 1.)  Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.)  The Court has reviewed Plaintiff's application to proceed in forma pauperis and has determined that Plaintiff has made the showing required by section 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief

1

against a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2)(B).

As a result, no summons will issue at this time.  The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendant.  The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated:  __March 16, 2026__          _____
                                    STANLEY A. BOONE
                                    United States Magistrate Judge

2