UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No. 1:26-cv-02017-KES-FJS |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| v. | |
| BUREAU OF CONSUMER FINANCE PROTECTION, *also known as* Consumer Finance Protection Bureau, | Doc. 6 |
| Defendant. | |

Plaintiff Steven Quinn Singleton proceeds pro se and in forma pauperis in this action filed on March 13, 2026.  Doc. 1.  The assigned magistrate judge screened the complaint and found that Singleton failed to comply with Fed. R. Civ. P. 8 and that the complaint is frivolous.  Doc. 6 at 2-9. The magistrate judge recommended the action be dismissed without leave to amend.  *Id.* at 9.

On April 16, 2026, the Court served the findings and recommendations on Singleton, with a notice that any objections were due within 14 days.  Doc. 16.  The Court also warned Singleton that failure to file timely objections may result in the waiver of certain rights on appeal.  *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)).  Singleton did not file objections and the time to do so expired.

In accordance with 28 U.S.C. § 636 (b)(1), this Court conducted a de novo review.

1

Having carefully reviewed the entire matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.   The findings and recommendations issued on April 16, 2026 (Doc. 6) are ADOPTED in full.

2.   The complaint is DISMISSED without leave to amend.

3.   The action is DISMISSED without prejudice.

4.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    June 3, 2026

_____
UNITED STATES DISTRICT JUDGE

2